Matthew J. Matern (SBN 159798)
  Email: mmatern@maternlawgroup.com
Julia Z. Wells (SBN 314242)
  Email: jwells@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff IVONNE MONCERAT AVILA, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE MONCERAT AVILA, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWISSPORT SA, LLC, a limited liability company; SWISSPORT USA, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:17-cv-05974-FMO-E<br><br>[Assigned to the Honorable Fernando M. Olguin, Courtroom 6D]<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF FIRST AMENDED CLASS AND REPRESENTATIVE ACTION COMPLAINT [FRCP 41(A)(1)(A)(II)]**<br><br>*Filed concurrently with [Proposed] Order Granting Joint Stipulation* |

Plaintiff Ivonne Moncerat Avila ("Plaintiff") and Defendants Swissport SA, LLC and Swissport USA, Inc. ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 6, 2018, Plaintiff filed the operative First Amended Complaint (Dkt. 42) in the instant action, which asserted putative class and collective claims against Defendants, as well as a cause of action for civil penalties under the California Private Attorneys General Act of 2004 ("PAGA") (Dkt. 27);

WHEREAS, on January 4, 2019, the Court entered an Order re: Defendants' Motion to Compel Arbitration, which compelled arbitration of all of Plaintiff's non-PAGA claims, and stayed the sole remaining PAGA claim pending the outcome of arbitration (Dkt. 61);

WHEREAS, the arbitration proceedings ultimately resulted in a settlement agreement which resolved Plaintiff's non-PAGA claims;

WHEREAS, the PAGA claim that was originally asserted in the instant case was mediated on September 21, 2021, along with several overlapping PAGA actions, including *John Jackson, et al. v. Swissport SA, LLC, et al.*, Los Angeles Superior Court ("LASC") Case No. BC694782 (the "*John Jackson* Action"); *Ada Jackson v. Swissport USA, Inc., et al,* San Francisco Superior Court ("SFSC") Case No. CGC-18-571844; *Tyiasha Howard v. Swissport USA, Inc., et al.,* SFSC Case No. CGC-20-585526; *Devan Bagby v. Swissport SA, LLC, et al.,* LASC Case No. BC691058; and *Tisha Johnson v. Swissport SA, LLC*, SFSC No. CGC-20-587430 (collectively with this action, "Other Lawsuits");

WHEREAS, the mediation on September 21, 2021 ultimately resulted in the parties' agreement to a global settlement intended to encompass and resolve the PAGA claim asserted in the instant action and the Other Lawsuits;

WHEREAS, on or about July 26, 2022, the parties executed a long-form settlement agreement which encompassed Plaintiff's remaining PAGA claim

asserted in the instant action, as well as the PAGA claims asserted in the Other Lawsuits ("Settlement");

WHEREAS, on July 26, 2022, a Motion for Approval of the PAGA Settlement was filed in the *John Jackson* Action;

WHEREAS, on August 19, 2022, the Los Angeles Superior Court granted approval of the Motion for Approval of PAGA Settlement in the *John Jackson* Action, and entered a Final Order and Judgment, which resolves the PAGA claim in this action;

WHEREAS, as part of the Settlement, Plaintiff agreed to request dismissal of the instant action, given that the sole remaining PAGA claim has already been resolved as part of the parties' Settlement which was approved by the Court in the *John Jackson* Action;

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses this case [Case No. 2:17-cv-05974-FMO-E] against Defendants with prejudice with respect to Plaintiff's individual claims and PAGA claim.

THEREFORE, pursuant to Fed. R. Civ. Pro. 31(a), it is hereby agreed and stipulated, by and between counsel for Plaintiff and the Defendants herein, as follows:

(1)   Plaintiff's First Amended Complaint (Dkt. 42) shall be dismissed <u>with prejudice</u>; and

(2)   Except as provided in the Settlement, Plaintiff and Defendants shall each bear their own attorneys' fees, costs and litigation expenses incurred in connection with this action.

///
///
///
///

IT IS SO STIPULATED.

DATED: October 21, 2022          **MATERN LAW GROUP, PC**

                                               /s/ *Julia Z. Wells*
                                              Matthew J. Matern
                                              Julia Z. Wells
                                              Attorneys for Plaintiff IVONNE MONCERAT AVILA, individually and on behalf of others similarly situated

DATED: October 21, 2022          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                                               /s/ *Kenneth Sulzer*
                                              Kenneth Sulzer
                                              Sarah Hamilton
                                              Jeffrey Fields
                                              Attorneys for Defendants SWISSPORT SA, LLC and SWISSPORT USA, INC.

### Certification of Compliance with Central District Cal. L.R. 5-4.3.4(a)(2)

I hereby certify that pursuant to Central District Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 21, 2022          **MATERN LAW GROUP, PC**

                                               /s/ *Julia Z. Wells*
                                              Matthew J. Matern
                                              Julia Z. Wells
                                              Attorneys for Plaintiff IVONNE MONCERAT AVILA, individually and on behalf of others similarly situated