Matthew J. Matern (SBN 159798)
  Email: mmatern@maternlawgroup.com
Julia Z. Wells (SBN 314242)
  Email: jwells@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff IVONNE MONCERAT AVILA, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE MONCERAT AVILA, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>SWISSPORT SA, LLC, a limited liability company; SWISSPORT USA, INC., a corporation; and DOES 1 through 50, inclusive, | Case No.  2:17-cv-05974-FMO-E<br><br>[Assigned to the Honorable Fernando M. Olguin, Courtroom 6D]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS FIRST AMENDED CLASS AND REPRESENTATIVE ACTION COMPLAINT**<br><br>*Filed concurrently with Joint Stipulation* |

## **ORDER**

Having reviewed the parties' Joint Stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1. Plaintiff's sole remaining cause of action under the PAGA, as asserted in Plaintiff's First Amended Complaint (Dkt. 42), shall be dismissed with prejudice; and

2. Except as provided in the Settlement, Plaintiff and Defendants shall each bear their own attorneys' fees, costs and litigation expenses incurred in connection with this action.

**IT IS SO ORDERED.**

Dated: October 31, 2022

/s/
_____
Hon. Fernando M. Olguin
United States District Court Judge